1  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
2  AMY TU QUYEN LE (Bar No. 341925)
   amy.le@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway, 6th Floor
4  Redwood Shores, CA 94065-1134
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6

7  Attorneys for Defendant CABLE NEWS NETWORK, INC.

8  L. TIMOTHY FISHER (Bar No. 191626)
   ltfisher@bursor.com
9  EMILY A. HORNE (Bar No. 347723)
   ehorne@bursor.com
10 BURSOR & FISHER, P.A.
   1990 North California Blvd., Suite 940
11 Walnut Creek, CA 94596
   Telephone: (925) 300-4455
12 Facsimile: (925) 407-2700

13
14 Attorneys for Plaintiff CAROL LESH

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19  CAROL LESH, individually and on behalf of all   Case No. 3:24-cv-01320-JD
    others similarly situated,
20                                                  (Removed from Alameda Superior Court
                Plaintiff,                           Case No. 23CV061464)
21  v.
22                                                  **JOINT STIPULATION TO TRANSFER
    CABLE NEWS NETWORK, INC.,                       CASE TO THE UNITED STATES
23                                                  DISTRICT COURT FOR THE SOUTHERN
                Defendant.                          DISTRICT OF NEW YORK AND EXTEND
24                                                  DEFENDANT'S TIME TO ANSWER,
                                                    MOVE OR OTHERWISE RESPOND;
25                                                  [PROPOSED] ORDER**

26                                                  Dept.:  Courtroom 11 – 19th Floor
27                                                  Judge:  Honorable James Donato

28

1  Pursuant to Civil Local Rule 7-12 and 28 U.S.C. § 1404, and subject to the Court's approval,
2  Plaintiff Carol Lesh ("Plaintiff") and Defendant Cable News Network, Inc. ("Defendant") (Plaintiff and
3  Defendant together, the "Parties") stipulate and agree as follows:
4  WHEREAS, under 28 U.S.C. § 1404(b), "[u]pon motion, consent or stipulation of all parties, any
5  action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the
6  discretion of the court, from the division in which pending to any other division in the same district."
7  WHEREAS, Plaintiff's claim arises out of her alleged use of the CNN website. Compl. ¶ 82.
8  WHEREAS, CNN contends that specific personal jurisdiction exists in the Southern District of
9  New York because the Terms of Use on the CNN website contain a forum selection clause which
10 provides that "[a]ny dispute that is not subject to arbitration under Section 12 (Dispute Resolution) of
11 this Agreement, or any issues involving arbitrability or enforcement of provisions under Section 12, shall
12 be brought in the appropriate state or federal court located in New York County, New York." CNN,
13 *Terms of Use*, https://www.cnn.com/terms0.
14 WHEREAS, Plaintiff contends she did not have notice of or consent to CNN's Terms of Use on
15 the CNN website, but nonetheless finds it convenient to litigate this action in the Southern District of
16 New York because her lead counsel maintains an office in New York City.
17 WHEREAS, the Parties have agreed to transfer venue of this action from the United States
18 District Court for the Northern District of California to the United States District Court for the Southern
19 District of New York.
20 WHEREAS, the Parties further agree that Defendant shall have thirty days from the date transfer
21 to the United States District Court for the Southern District of New York is complete to answer, move,
22 or otherwise respond to the Complaint in the United States District Court for the Southern District of
23 New York, and the Parties request that all other deadlines for the above captioned matter pending in the
24 Northern District of California are vacated.
25 THEREFORE, the Parties stipulate as follows:
26 1. The above captioned matter should be transferred to the United States District Court for
27 the Southern District of New York.
28

|   |   |
|---|---|
| 1 | 2.    Defendant shall have thirty days from the date transfer to the United States District Court |
| 2 | for the Southern District of New York is complete to answer, move, or otherwise respond to the |
| 3 | Complaint in the United States District Court for the Southern District of New York. |
| 4 | 3.    All other deadlines for the above captioned matter pending in the Northern District of |
| 5 | California are vacated. |
| 6 | IT IS SO STIPULATED. |

Dated: April 11, 2024

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:  /s/ David R. Singh
          DAVID R. SINGH

DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
AMY TU QUYEN LE (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant CABLE NEWS NETWORK, INC.

Dated: April 11, 2024

Respectfully submitted,

BURSOR & FISHER, P.A.

By:  /s/ L. Timothy Fisher
          L. TIMOTHY FISHER

L. TIMOTHY FISHER (Bar No. 191626)
ltfisher@bursor.com
EMILY A. HORNE (Bar No. 347723)
ehorne@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Attorneys for Plaintiff CAROL LESH

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David R. Singh, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that L. Timothy Fisher concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: April 11, 2024                              /s/ David R. Singh
                                                                  DAVID R. SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL LESH, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>　　Defendant. | Case No. 3:24-cv-01320-JD<br><br>(Removed from Alameda Superior Court Case No. 23CV061464)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND EXTEND DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This matter is transferred to the United States District Court for the Southern District of New York. Defendant shall have thirty days from the date transfer to the United States District Court for the Southern District of New York is complete to answer, move, or otherwise respond to the Complaint in the United States District Court for the Southern District of New York. All other deadlines for the above captioned matter pending in the Northern District of California are vacated.

Dated: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge