**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROL LESH, individually and on behalf of all others similarly situated, | **24 Civ. 3132 (VM)** |
| Plaintiff, | **ORDER** |
| - against - | |
| CABLE NEWS NETWORK, INC., | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/24

**VICTOR MARRERO, United States District Judge.**

Currently before the Court is defendant CNN's letter (see Dkt. No. 28) regarding a potential motion to dismiss the amended complaint. The Court construes the letter as a request for a pre-motion conference under the Court's Individual Practices.

Upon review of the parties' pre-motion letter exchange (see Dkt. Nos. 26-28), the Court finds that a pre-motion conference is unnecessary. The parties are accordingly **ORDERED** to notify the Court, within seven (7) days of the date of this Order, whether the parties request supplemental or full briefing on CNN's proposed motion to dismiss, or whether the parties wish to consent to the Court deeming the pre-motion letters as a fully briefed motion and ruling on the basis of the letters. If the parties request supplemental

1

or full briefing, they shall submit a proposed briefing schedule within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated:    11 July 2024
          New York, New York

Victor Marrero
U.S.D.J.