UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL LESH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>      Defendant. | 1:24-cv-03132-VM |

## NOTICE OF MOTION TO DISMISS AND/OR STRIKE

  Defendant Cable News Network, Inc. ("CNN") hereby moves to dismiss the First Amended Complaint (ECF No. 25) filed in this action. CNN further moves to dismiss and/or strike Plaintiff's class allegations based on her agreement to a class action waiver. CNN's motion is brought pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(f), and 23(d)(1)(D). The grounds supporting the motion are set forth in CNN's Memorandum of Law and the August 7, 2024 Declaration of Blake J. Steinberg filed with this motion.

Dated: August 7, 2024

                     Respectfully submitted,

                      /s/ David L. Yohai
                     David L. Yohai
                     David R. Singh
                     Blake J. Steinberg
                     WEIL, GOTSHAL & MANGES LLP
                     767 Fifth Avenue
                     New York, NY 10153
                     Telephone: (212) 310-8000
                     Facsimile: (212) 310-8007
                     david.yohai@weil.com
                     david.singh@weil.com
                     blake.steinberg@weil.com

                     Amy Tu Quyen Le (*pro hac vice*)
                     WEIL, GOTSHAL & MANGES LLP
                     201 Redwood Shores Parkway, 6th Floor

Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
amy.le@weil.com

Attorneys for Defendant CABLE NEWS NETWORK, INC.