**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROL LESH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | 1:24-cv-03132-VM |

**DECLARATION OF BLAKE J. STEINBERG**
**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE**

I, Blake J. Steinberg, declare under penalty of perjury as follows:

1. I am a member of the Bar of the U.S. District Court for the Southern District of New York, and an associate at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant Cable News Network, Inc.

2. I submit this Declaration in Support of Defendant's Motion to Dismiss and/or Strike.

3. Attached hereto as Exhibit A is a true and correct screenshot of an archived version of the CNN website showing a pop-up in place on the website in late 2022 and early 2023. This webpage is accessible at web.archive.org/web/20230211000257/https:/www.cnn.com/.

4. Attached hereto as Exhibit B is a true and correct copy of an archived version of the CNN Terms of Use in place on the CNN website in late 2022 and early 2023, also accessible at https://web.archive.org/web/20230210191905/https://www.cnn.com/terms0.

5. Attached hereto as Exhibit C is a true and correct copy of an archived version of the CNN Privacy Policy in place on the CNN website in late 2022 and early 2023, accessible at

https://web.archive.org/web/20230129191828/https://www.warnermediaprivacy.com/policycenter/b2c/WMNS/en-us/.

6. Attached hereto as Exhibit D is a true and correct copy of the CNN Terms of Use currently in place on the CNN website, also accessible at https://www.cnn.com/terms0.

7. Attached hereto as Exhibit E is a true and correct copy of the CNN Privacy Policy currently in place on the CNN website, also accessible at https://www.wbdprivacy.com/policycenter/b2c/en-us/.

8. Attached hereto as Exhibit F is a true and correct copy of an archived version of the CNN website showing a pop-up in place on the website in 2015 and 2016. This webpage is accessible at web.archive.org/web/20150114000558/http://www.cnn.com/.

9. Attached hereto as Exhibit G is a true and correct copy of an archived version of the CNN Terms of Use in place on the CNN website in 2015 and 2016, also accessible at https://web.archive.org/web/20151230112222/cnn.com/terms.

10. Attached hereto as Exhibit H is a true and correct copy of an archived version of the CNN Privacy Policy in place on the CNN website in 2015 and 2016, also accessible at https://web.archive.org/web/20151201215943/http://www.cnn.com/privacy.

11. Attached hereto as Exhibit I is a true and correct screenshot of an archived version of the CNN website showing a pop-up in place on the website in 2017 and 2018. This webpage is accessible at web.archive.org/web/20170105012002/http://www.cnn.com/.

12. Attached hereto as Exhibit J is a true and correct copy of an archived version of the CNN Terms of Use in place on the CNN website in 2017 and 2018, also accessible at https://web.archive.org/web/20170720080914/cnn.com/terms.

13. Attached hereto as Exhibit K is a true and correct screenshot of an archived version

of the CNN website showing a pop-up in place on the website in 2018 and 2019. This webpage is accessible at https://web.archive.org/web/20190324084412/https://www.cnn.com/.

14. Attached hereto as Exhibit L is a true and correct copy of an archived version of the CNN Terms of Use in place on the website in 2018 and 2019, also accessible at https://web.archive.org/web/20181017044634/http://cnn.com/terms.

15. Attached hereto as Exhibit M is a true and correct copy of an archived version of the CNN Privacy Policy in place on the website in 2018 and 2019, also accessible at https://web.archive.org/web/20181017044627/https://www.cnn.com/privacy0?no-st=9999999999.

16. Attached hereto as Exhibit N is a true and correct copy of the Minute Order from *Casillas v. Transition Optical Inc.*, No. 23STCV30742 (Cal. Super. Ct. Apr. 23, 2024).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of August 2024 in New York, New York.

Blake J. Steinberg