UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL LESH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | 1:24-cv-03132-VM |

**REPLY DECLARATION OF BLAKE J. STEINBERG**
**<u>IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE</u>**

I, Blake J. Steinberg, declare under penalty of perjury as follows:

1. I am a member of the Bar of the U.S. District Court for the Southern District of New York, and an associate at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant Cable News Network, Inc.

2. I submit this Reply Declaration in Support of Defendant's Motion to Dismiss and/or Strike.

3. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

4. Each of the exhibits attached to my original declaration was prepared by visiting each of the referenced webpages and taking screenshots or preparing similar printouts of the webpages.

5. For those exhibits obtained from the Wayback Machine, the webpages were located by visiting the Internet Archive's homepage at https://archive.org/, entering the URL "cnn.com" in the search field, and browsing the results.

6. For those exhibits obtained from the cnn.com website, the webpages were located by entering the URL "cnn.com" into the browser's search bar, and clicking on the "Terms of Use" and "Privacy Policy" links at the bottom of the website.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of September 2024 in New York, New York.

Blake J. Steinberg