**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROL LESH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | 1:24-cv-03132-VM |

**DEFENDANT CABLE NEWS NETWORK, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE**

Defendant Cable News Network, Inc. ("Defendant" or "CNN") respectfully requests that in determining its accompanying motion to dismiss and/or strike (the "Motion"), the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following documents attached to the Declaration of Blake J. Steinberg:

1. Exhibit A, which is a true and correct screenshot of an archived version of the CNN website showing a pop-up in place on the website in late 2022 and early 2023. This webpage is accessible at web.archive.org/web/20230211000257/https:/www.cnn.com/.

2. Exhibit B, which is a true and correct copy of an archived version of the CNN Terms of Use in place on the CNN website in late 2022 and early 2023, also accessible at https://web.archive.org/web/20230210191905/https://www.cnn.com/terms0.

3. Exhibit C, which is a true and correct copy of an archived version of the CNN Privacy Policy in place on the CNN website in late 2022 and early 2023, accessible at https://web.archive.org/web/20230129191828/https://www.warnermediaprivacy.com/policycenter/b2c/WMNS/en-us/.

4. Exhibit D, which is a true and correct copy of the CNN Terms of Use currently in place on the CNN website, also accessible at https://www.cnn.com/terms0.

5. Exhibit E, which is a true and correct copy of the CNN Privacy Policy currently in place on the CNN website, also accessible at https://www.wbdprivacy.com/policycenter/b2c/en-us/.

6. Exhibit F, which is a true and correct copy of an archived version of the CNN website showing a pop-up in place on the website in 2015 and 2016. This webpage is accessible at web.archive.org/web/20150114000558/http://www.cnn.com/.

7. Exhibit G, which is a true and correct copy of an archived version of the CNN Terms of Use in place on the CNN website in 2015 and 2016, also accessible at https://web.archive.org/web/20151230112222/cnn.com/terms.

8. Exhibit H, which is a true and correct copy of an archived version of the CNN Privacy Policy in place on the CNN website in 2015 and 2016, also accessible at https://web.archive.org/web/20151201215943/http://www.cnn.com/privacy.

9. Exhibit I, which is a true and correct screenshot of an archived version of the CNN website showing a pop-up in place on the website in 2017 and 2018. This webpage is accessible at web.archive.org/web/20170105012002/http://www.cnn.com/.

10. Exhibit J, which is a true and correct copy of an archived version of the CNN Terms of Use in place on the CNN website in 2017 and 2018, also accessible at https://web.archive.org/web/20170720080914/cnn.com/terms.

11. Exhibit K, which is a true and correct screenshot of an archived version of the CNN website showing a pop-up in place on the website in 2018 and 2019. This webpage is accessible at https://web.archive.org/web/20190324084412/https://www.cnn.com/.

12. Exhibit L, which is a true and correct copy of an archived version of the CNN Terms of Use in place on the website in 2018 and 2019, also accessible at https://web.archive.org/web/20181017044634/http://cnn.com/terms.

13. Exhibit M, which is a true and correct copy of an archived version of the CNN Privacy Policy in place on the website in 2018 and 2019, also accessible at https://web.archive.org/web/20181017044627/https://www.cnn.com/privacy0?no-st=9999999999.

A district court may take judicial notice of matters that are either (1) generally known within the trial court's territorial jurisdiction, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *See* Fed. R. Evid. 201(b). On motions to dismiss and motions to strike, the court may consider the pleadings, documents attached to the pleadings, documents incorporated by reference into the pleadings, and documents that are properly the subject of judicial notice. *Mira v. Kingston*, 218 F. Supp. 3d 229, 234 (S.D.N.Y. 2016) ("The Court may take judicial notice of any publicly available documents."), *aff'd*, 715 F. App'x 28 (2d Cir. 2017); *see also Meisels v. Meisels*, No. 19-CV-4767(EK)(RML), 2021 WL 1924186, at *2 (E.D.N.Y. May 13, 2021).

The Court may take judicial notice of all of CNN's exhibits because they are materials from CNN's website or archived versions of the CNN website available on the Wayback Machine. The First Amended Complaint repeatedly references the CNN website. FAC ¶¶ 1, 2, 3, 6, 20, 21, 35, 36, 37, 43, 44, 45, 46, 52, 53, 54, 55, 59, 63, 64, 65, 66, 69, 74, 79, 80, 84, 85, 86, 87, 91, 95, 104. CNN's exhibits are therefore incorporated by reference into Plaintiff's First Amended Complaint, and the Court may consider them in resolving CNN's Motion for this reason. *Orozco v. Fresh Direct, LLC*, No. 15-CV-8226 (VEC), 2016 WL 5416510, at *5 (S.D.N.Y. Sept. 27, 2016)

(assessing the "totality" of a website "incorporated by reference" into a complaint "at the center of Plaintiff's allegations" in resolving a motion to dismiss).

Moreover, the fact that some of the exhibits have been retrieved from the Wayback Machine does not change the analysis. *Golden v. NBCUniversal Media, LLC*, 688 F. Supp. 3d 150, 165 n.14 (S.D.N.Y. Aug. 23, 2023) (taking judicial notice of webpage archived on Wayback Machine where the "archived version [wa]s consistent with NBCU's representation"); *Distributorsoutlet.com, LLC v. Glasstree, Inc.*, 2016 WL 3248310, at *2 (E.D.N.Y. June 10, 2016) (collecting cases) ("[C]ourts have taken judicial notice of the contents of web pages available through the Wayback Machine as facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned[.]"); *Fernandez v. Zoni Language Ctrs., Inc.*, 2016 WL 2903274, at *3 (S.D.N.Y. May 18, 2016) ("Courts may also take judicial notice of information contained on websites where the authenticity of the site has not been questioned").

Accordingly, CNN respectfully requests that the Court take judicial notice of the documents attached to the Declaration of Blake J. Steinberg in conjunction with CNN's Motion.

Dated: September 20, 2024

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai
David R. Singh
Blake J. Steinberg
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.yohai@weil.com
david.singh@weil.com
blake.steinberg@weil.com

Amy Tu Quyen Le (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134

Telephone: (650) 802-3000
Facsimile: (650) 802-3100
amy.le@weil.com

Attorneys for Defendant CABLE NEWS NETWORK, INC.