UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL LESH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>　　　　　　　　Defendant. | Case No. 1:24-cv-03132-VM<br><br>Hon. Victor Marrero |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Carol Lesh respectfully submits this Notice of Supplemental Authority regarding the pending Motion to Dismiss the First Amended Complaint. ECF Nos. 32-33, 35-36. Plaintiff brings to the Court's attention a December 12, 2024 Order by the Honorable Charles R. Breyer of the Northern District of California in *Mirmalek v. Los Angeles Times Communications LLC*, Case No. 3:24-cv-1797, ECF No. 30 (N.D. Cal. Dec. 12, 2024). The *Mirmalek* Order is attached hereto as **Exhibit 1**. The *Mirmalek* Order is relevant to the Parties' respective arguments regarding whether Plaintiff has stated a claim for a violation of Cal. Penal Code § 638.51.

Dated: December 12, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Yitzchak Kopel*
　　　　　　　　　　　　　　　　　　　　　　　　　　Yitzchak Kopel

　　　　　　　　　　　　　　　　　　　　　　　Yitzchak Kopel
　　　　　　　　　　　　　　　　　　　　　　　Alec M. Leslie
　　　　　　　　　　　　　　　　　　　　　　　Max S. Roberts
　　　　　　　　　　　　　　　　　　　　　　　1330 Avenue of the Americas, 32nd Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (646) 837-7150
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 989-9163
　　　　　　　　　　　　　　　　　　　　　　　Email: ykopel@bursor.com

2

aleslie@bursor.com  
mroberts@bursor.com

*Attorneys for Plaintiff*