```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL LESH, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

CABLE NEWS NETWORK, INC.,

        Defendant.

24 Civ. 03132 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon review of the parties' request for a temporary stay of proceedings pending scheduled mediation (Dkt. No. 54), the Court hereby:

**ORDERS** that the request is GRANTED. This action is STAYED in its entirety pending the outcome of the parties' mediation; it is further

**ORDERED** that the parties shall file a joint status report with the Court on or before July 23, 2025, informing the Court of the outcome of the mediation and proposing next steps, if any.

**SO ORDERED.**

Dated:    15 April 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.