**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

VIA ECF

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

July 17, 2025

The Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:    *Lesh v. Cable News Network, Inc.*, No. 1:24-cv-3132

Your Honor:

    We represent Cable News Network, Inc. ("CNN") in the above-captioned matter and write jointly with counsel for the deceased Plaintiff pursuant to Your Honor's April 15, 2025 order directing the parties to file a joint status report following their scheduled mediation. *See* ECF No. 55.

    The parties held the mediation on July 16, 2025 as scheduled. Although it did not yet result in a resolution of this matter with the mediator, the parties made progress in their discussions and agreed to reconvene with the mediator on September 9, 2025. To that end, the parties respectfully request that the Court continue the stay of proceedings until after this second mediation session, and respectfully propose that the parties submit a further status report on or before September 16, 2025, regarding the outcome of that session and proposed next steps, if any.

    We thank the Court for its time and consideration.

Respectfully submitted,

/s/ *David L. Yohai*

David L. Yohai

CC: Counsel of Record (via ECF)