**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

VIA ECF

September 16, 2025

The Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Lesh v. Cable News Network, Inc.*, No. 1:24-cv-3132

Your Honor:

    We represent Cable News Network, Inc. ("CNN") in the above-captioned matter and write jointly with counsel for the deceased Plaintiff, Carol Lesh, pursuant to Your Honor's July 17, 2025 order directing the parties to file a joint status report following their second scheduled mediation session. *See* ECF No. 59.

    The parties held their second mediation session on September 9, 2025 as scheduled, but they did not reach agreement to resolve this matter via settlement at this time. Accordingly, the parties respectfully propose that: (i) counsel for Ms. Lesh file, on behalf of the proposed new plaintiff, Anthony D'Antonio, an amended complaint and substitute Mr. D'Antonio for Ms. Lesh no later than October 16, 2025; and (ii) CNN will not oppose the amendment, while reserving the right to move to dismiss, and will respond to the amended complaint within 30 days of the Court's order granting the plaintiff's motion.

    We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai

CC: Counsel of Record (via ECF)