USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/1/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTHONY D'ANTONIO,

                Plaintiff,

       - against -

CABLE NEWS NETWORK, INC.,

                Defendant.

**24 CV 3132 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the letters that Defendant Cable News Network, Inc. ("Defendant") submitted regarding Defendant's anticipated motion to dismiss (see Dkt. Nos. 65, 67) and Plaintiff Anthony D'Antonio's ("Plaintiff") response. (See Dkt. No. 66.)

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion and rule on the basis of those letters, or whether the parties request supplemental briefing.

If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

1

Dated:    1 December 2025
          New York, New York

_____
                    Victor Marrero
                      U.S.D.J.