**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY D'ANTONIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | 1:24-cv-03132-VM |

**NOTICE OF MOTION TO DISMISS**

Defendant Cable News Network, Inc. ("CNN") hereby moves to dismiss the Second Amended Complaint (ECF No. 64) filed in this action. CNN's motion is brought pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds supporting the motion are set forth in CNN's Memorandum of Law and the December 19, 2025 Declaration of Sarah Ryu filed with this motion.

Dated: December 19, 2025

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai
David R. Singh
Sarah Ryu
Blake J. Steinberg
Augustus I. Ipsen
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.yohai@weil.com
david.singh@weil.com
sarah.ryu@weil.com
blake.steinberg@weil.com
gus.ipsen@weil.com

Attorneys for Defendant CABLE NEWS NETWORK, INC.