**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY D'ANTONIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | 1:24-cv-03132-VM |

**DECLARATION OF SARAH RYU**
**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

I, Sarah Ryu, declare under penalty of perjury as follows:

1. I am a member of the Bar of the U.S. District Court for the Southern District of New York, and counsel at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant Cable News Network, Inc.

2. I submit this Declaration in Support of Defendant's Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of the Order re Demurrer & Motion to Strike from *Camacho v. DG Premium Brands LLC*, No. 24STCV21672 (Cal. Super. Ct. Apr. 17, 2025).

4. Attached hereto as Exhibit B is a true and correct copy of the Minute Order from *Palacios v. Fandom*, No. 24STCV11264 (Cal. Super. Ct. Mar. 27, 2025).

5. Attached hereto as Exhibit C is a true and correct copy of the Order re: Demurrer from *Rodriguez v. First Am. Fin. Corp.*, No. 24STCV05383 (Cal. Super. Ct. Apr. 30, 2025).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of December 2025 in New York, New York.

_/s/ Sarah Ryu _______________
Sarah Ryu