**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY D'ANTONIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | Case No. 1:24-cv-03132-VM<br><br>Hon. Victor Marrero |

**DECLARATION OF MAX S. ROBERTS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Max S. Roberts, declare as follows:

1. I am a partner at Bursor & Fisher, P.A., counsel of record for Plaintiff Anthony D'Antonio in this action. I am licensed to practice law by the Bars of the States of California and New York and the Commonwealth of Massachusetts, and I am admitted to practice in this District. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff D'Antonio's Opposition to Defendant's Motion to Dismiss the Second Amended Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint in *Xu v. Reuters News & Media, Inc.*, Case No. 1:24-cv-2466, ECF No. 1 (S.D.N.Y. Apr. 1, 2024). This was the operative complaint at issue in *Xu v. Reuters News & Media Inc.*, 2025 WL 488501 (S.D.N.Y. Feb. 13, 2025), which Defendant cites in its Motion.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the First Amended Complaint in *Gabrielli v. Insider, Inc.*, Case No. 1:24-cv-1566, ECF No. 19 (S.D.N.Y. June 11,

2024). This was the operative complaint at issue in *Gabrielli v. Insider, Inc.*, 2025 WL 522515 (S.D.N.Y. Feb. 18, 2025), which Defendant cites in its Motion.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the First Amended Consolidated Complaint in *Khamooshi v. Politico LLC*, Case No. 3:24-cv-7836, ECF No. 49 (N.D. Cal. June 3, 2025). This was the operative complaint at issue in *Khamooshi v. Politico LLC*, 2025 WL 2822879 (N.D. Cal. Oct. 2, 2025), which Defendant cites in its Motion.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the First Amended Complaint in *Mitchener v. CuriosityStream, Inc.*, Case No. 5:25-cv-1471, ECF No. 19 (N.D. Cal. Apr. 2, 2025). This was the operative complaint at issue in *Mitchener v. CuriosityStream, Inc.*, 2025 WL 2272413 (N.D. Cal. Aug. 6, 2025), which Defendant cites in its Motion.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the First Amended Complaint in *Price v. Converse, Inc.*, Case No. 2:24-cv-8091, ECF No. 21 (C.D. Cal. Dec. 23, 2024). This was the operative complaint at issue in *Price v. Converse, Inc.*, --- F. Supp. 3d ---, 2025 WL 3295119 (C.D. Cal. Sept. 30, 2025), which Defendant cites in its Motion.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the First Amended Complaint in *Xu v. Reuters News & Media, Inc.*, Case No. 25CV459918 (Santa Clara Super. Ct. June 18, 2025). This was the operative complaint at issue in *Xu v. Reuters News & Media, Inc.* 2025 WL 3035016 (Super. Ct. Santa Clara Cnty. Oct. 24, 2025), which D'Antonio cites in his Opposition Brief.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Complaint in *Pflaumer v. Insider, Inc.*, Case No. 25CV471958 (Santa Clara Super. Ct. Aug. 1, 2025). This was the operative complaint that was removed to federal court in *Pflaumer v. Insider, Inc.*, Case No. 5:25-cv-7481, ECF No. 1 (N.D. Cal. Sept. 4, 2025), which D'Antonio cites in his Opposition Brief.

10. Attached hereto as **<u>Exhibit 8</u>** is a true and correct copy of the First Amended Complaint in *Dawidzik v. Tesla, Inc.*, Case No. 5:25-cv-1982 (C.D. Cal. Oct. 16, 2025). This was the operative complaint at issue in *Dawidzik v. Tesla, Inc.*, 2025 WL 3786963 (C.D. Cal. Dec. 29, 2025), which D'Antonio cites in his Opposition Brief.

I declare under penalty of perjury and the laws of the United States and the State of New York that the foregoing is true and correct to the best of my knowledge. Executed January 20, 2026 in Walnut Creek, California.

*<u>/s/ Max S. Roberts</u>*
Max S. Roberts