**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY D'ANTONIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>Defendant. | Case No. 1:24-cv-03132-VM<br><br>Hon. Victor Marrero |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Anthony D'Antonio respectfully submits this Notice of Supplemental Authority regarding the pending Motion to Dismiss the Second Amended Complaint. ECF Nos. 73-74, 76. Plaintiff brings to the Court's attention a recent Order by the Honorable Susan Illston Court in *Semien v. PubMatic, Inc.*, Case No. 3:25-cv-03164-SI, ECF No. 47 (N.D. Cal. Jan. 27, 2026). A copy of the *Semien* decision is attached hereto as **Exhibit 1**.

Plaintiff also brings to the Court's attention a recent Order by the Honorable Eumi K. Lee in *Harris v. iHeartMedia, Inc.*, Case No. 5:25-cv-06038-EKL, ECF No. 44 (N.D. Cal. Jan. 29, 2026). A copy of the *Harris* decision is attached hereto as **Exhibit 2**.

The *Semien* and *Harris* decisions are relevant to the Parties' respective arguments regarding whether Plaintiff has alleged a concrete injury sufficient for Article III standing and whether Plaintiff has stated a claim for a violation of Cal. Pen. Code § 638.51.

Dated: January 29, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
Max S. Roberts

Yitzchak Kopel
Alec M. Leslie
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
aleslie@bursor.com
mroberts@bursor.com
vzhou@bursor.com

*Attorneys for Plaintiff*