**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY D'ANTONIO, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>     Defendant. | 1:24-cv-03132-VM |

<u>**NOTICE OF MOTION TO STAY PROCEEDINGS**</u>

Pursuant to the Court's Order granting full briefing (ECF No. 94), Defendant Cable News Network, Inc. ("CNN") hereby moves to stay proceedings pending the Ninth Circuit's resolution of *Drummer, et al. v. CoStar Grp.*, Inc., No. 26-1160 (9th Cir. March 18, 2026). The grounds supporting the motion are set forth in CNN's Memorandum of Law filed with this motion.

Dated: May 14, 2026       Respectfully submitted,

             */s/ David L. Yohai*
             David L. Yohai
             David R. Singh
             Sarah Ryu
             Blake J. Steinberg
             Augustus I. Ipsen
             WEIL, GOTSHAL & MANGES LLP
             767 Fifth Avenue
             New York, NY 10153
             Telephone: (212) 310-8000
             Facsimile: (212) 310-8007
             david.yohai@weil.com
             david.singh@weil.com
             sarah.ryu@weil.com
             blake.steinberg@weil.com
             gus.ipsen@weil.com

             Attorneys for Defendant CABLE NEWS NETWORK, INC.